**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Karen Hall, Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-000507

―――――――――――

Appeal From Cherokee County
Usha J. Bridges, Family Court Judge

―――――――――――

Unpublished Opinion No. 2020-UP-222
Submitted July 20, 2020 – Filed July 22, 2020

―――――――――――

**AFFIRMED**

―――――――――――

Donae Alecia Minor, of Minor Law Offices LLC, of Fort Mill, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Matthew P. Head, of Head Law Firm, LLC, of Greenville, for the Guardian ad Litem.

―――――――――――

**PER CURIAM:**  Karen Hall appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Hall's counsel.

**AFFIRMED.**[1]

**WILLIAMS, KONDUROS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.